No. 1060. DUCK v. ARKANSAS CORPORATION COMMISSION. Appeal from the Supreme Court of Arkansas. April 6, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *California* v. *Thompson,* 313 U. S. 109; *Olsen* v. *Nebraska,* 313 U. S. 236. *Mr. Edward H. Coulter* for appellant. *Mr. Jack Holt,* Attorney General of Arkansas, for appellee.

No. 1067. AVENT v. MISSISSIPPI UNEMPLOYMENT COMPENSATION COMMISSION ET AL. Appeal from the Supreme Court of Mississippi. April 6, 1942. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Carmichael* v. *Southern Coal Co.,* 301 U. S. 495, 510–13; *Great A. & P. Co.* v. *Grosjean,* 301 U. S. 412; *H. E. Butt Grocery Co.* v. *Sheppard,* 311 U. S. 608; *Helvering* v. *Clifford,* 309 U. S. 331. *Mr. Rufus Creekmore* for appellant.

No. —, original. EX PARTE WILLIAM DOSTER NOLAND. April 6, 1942. The motion for leave to file petition for writ of mandamus is denied.